UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORMAN GOTCHER, JR., | CASE NO. C17-1529-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AAMACO TRANSMISSION AUTO CAR CARE REPAIR, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for leave to amend his complaint (Dkt. No. 8). On October 23, 2017, the Court ordered Plaintiff to show cause why his complaint should not be dismissed for lack of subject matter jurisdiction (Dkt. No. 7 at 3.) Plaintiff was given until November 22, 2017 to respond. (*Id*.) The Court therefore DIRECTS the Clerk to RENOTE Plaintiff's motion for leave to amend his complaint (Dkt. No. 8) to November 22, 2017. The Clerk is further DIRECTED to mail a copy of this Minute Order to Plaintiff.

//

//

//

1    DATED this 25th day of October 2017.

2                                           William M. McCool
                                            Clerk of Court
3
                                            s/Tomas Hernandez
4                                           Deputy Clerk

MINUTE ORDER C17-1529-JCC
PAGE - 2